

**Levi Y. Eidelman | Attorney**
P: (480) 626-1333 | D: (718) 360-0763
E: leidelman@consumerattorneys.com

March 16, 2023

<u>**VIA ECF**</u>

The Honorable Paul G. Gardephe, U.S.D.J.
United States Courthouse
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

    RE:  *Abdullahi v. Sterling Infosystems, Inc.*
        Southern District of New York, <u>Case No. 1:22-cv-10351-PGG</u>
        Joint Letter Motion to Adjourn Pretrial Conference

Dear Judge Gardephe:

   In accordance with Rules 1(A) and 1(E) of Honorable Judge Gardephe's Individual Rules of Practice in Civil Cases, Plaintiff Ahmad Mohammed Abdullahi ("Plaintiff") hereby submits this letter respectfully requesting an adjournment of the pretrial conference. Plaintiff has conferred with counsel for Defendant Sterling Infosystems, Inc. ("Defendant" or "Sterling") (together, with Plaintiff, the "Parties") who consents to this request.

   Pursuant to this Court's Notice of Pretrial Conference (the "Notice") (Doc. No. 6), the Parties are scheduled to appear before the Court on April 6, 2023, at 11:15 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

   Plaintiff respectfully requests that the Pretrial Conference be adjourned to Thursday, April 20, 2023, or, in the alternative, Thursday, April 27, 2023 via telephone or virtual means. Lead counsel for Plaintiff, Levi Y. Eidelman, will be observing Passover during the period of April 5, 2023, to April 13, 2023. Thus, Mr. Eidelman will be unavailable to attend the Pretrial Conference as currently scheduled. Additionally, Ms. Bolos will be at trial during the time of the Pretrial Conference and unable to attend. Defendant's counsel is available on the proposed dates, but is expecting a baby in May, and due to proximity to her due date, requests a telephonic or virtual appearance.

   We appreciate the Court's time and consideration, and should Your Honor need any further information, we are available at the Court's convenience.

CONSUMER
ATTORNEYS

Page 2

Respectfully submitted,

**CONSUMER ATTORNEYS**
*/s/ Levi Y. Eidelman*
Levi Y. Eidelman

*Attorneys for Plaintiff Ahmad Mohammed Abdullahi*

cc:   All Parties (via ECF)

**MEMO ENDORSED:**
The conference currently scheduled for April 6, 2023,
is adjourned to **April 20, 2023, at 11:30 a.m.**  The
conference will proceed telephonically.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated:  March 21, 2023